FILED
2016 Oct-25  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CAMP'S GROCERY, INC.,** | } |
| Plaintiff, | } |
| v. | } Case No. 4:16-cv-0204-JEO |
| **STATE FARM FIRE & CASUALTY COMPANY,** | } |
| Defendant. | } |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, State Farm's motion for summary judgment (doc. 11) is **GRANTED** and Camp's cross-motion for summary judgment (doc. 12) is **DENIED**.

**DONE**, this 25th day of October, 2016.



**JOHN E. OTT**
Chief United States Magistrate Judge